# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

JOSEPH RICHARD                 **MISC. ACTION 09-0022**
                                     **CIVIL ACTION 09-1288**

VS.                                **DISTRICT JUDGE DOHERTY**

BIS SALAMIS, INC.,               **MAGISTRATE JUDGE METHVIN**
**SIGNAL MUTUAL INDEMNITY**
**ASSN., LTD.**

### *RULING ON MOTION TO COMPEL PRODUCTION*
### *OF DOCUMENTS ON BEHALF OF BIS SALAMIS, INC.*
### *AND SIGNAL MUTUAL INDEMNITY ASSN, LTD*
### *(Rec. Doc. 1)*

This matter is before the court on defendants' motion to compel production of medical records, which were subpoenaed from Dr. Nancy Lynn Rogers, a non-party. A show cause hearing was held on July 31, 2009, for which Dr. Rogers failed to appear.[1] There being no opposition to the motion, and after review, appearing to have merit in law and fact,

      **IT IS ORDERED** that the Motion to Compel Production of Documents on Behalf of BIS Salamis, Inc. and Signal Mutual Indemnity Assn., Ltd. (Rec. Doc. 1) is **GRANTED** and Dr. Nancy Lynn Rogers shall produce the documents as subpoenaed by **Monday, August 3, 2009, at 1:00 p.m.**

      **IT IS FURTHER ORDERED** that this matter be certified to the district judge pursuant to 18 U.S.C. § 636(e)(6)(B)(iii), for a show cause hearing on why Dr. Nancy Lynn Rogers should be not held in civil contempt for failure to comply with the subpoena and produce the subpoenaed documents, and for her failure to appear for the show cause hearing on the motion to

---

[1]See Order Certifying Facts to District Judge Pursuant to 28 U.S.C. § 636(e)(6)(B) for a through background of this matter.

compel production of same. A separate order shall issue certifying the matter to the district

judge and setting the matter for hearing, ordering a summons be issued by the Clerk of Court for

Dr. Nancy Lynn Rogers to attend the hearing, and served upon Dr. Nancy Lynn Rogers by the

U.S. Marshal.

Signed at Lafayette, Louisiana, on July 31, 2009.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)